No. 59487.—Rabl Co., Ltd. v. United States, protest 254552–K (New York).

Opinion by JOHNSON, J. At the trial, the collector's memorandum was received in evidence and the Government recommended that allowances be made accordingly. The memorandum states that there has been full compliance or waiver of compliance with the pertinent regulations and that, had the evidence been presented during the 90-day period when the protest was before the collector, the claim would have been allowed. On the record presented, the claim of the plaintiff was sustained.

No. 59488.—Globe Feather & Down Co. v. United States, protest 248843–K (New York).

Opinion by JOHNSON, J. The collector's memorandum, which was received in evidence, states that the entry was liquidated on the basis of an incorrect net weight and that the net weight is 7,838 pounds. On the record presented, it was held that the merchandise is dutiable on the basis of a net weight of 7,838 pounds.

No. 59489.—W. A. Gleeson v. United States, protests 147879–K, etc. (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of Swift & Company et al. v. United States (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59490.—Central Vermont Railway, Inc. v. United States, protests 171542–K, etc. (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of Swift & Company et al. v. United States (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59491.—Alfred H. Marzolf v. United States, protests 179504–K, etc. (Seattle).